[No. 32956-1-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JERI LYN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07268-4, James McCutcheon, J., entered June 28, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.

[No. 33488-3-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. DANFORTH, III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08218-3, Laura Inveen, J., entered October 11, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Agid, JJ.

[No. 34054-9-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIA JANE RODRIGUEZ, ET AL., *Defendants*, CHULO P. CIBRIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04082-9, Frank L. Sullivan, J., entered January 21, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Agid, JJ.

[No. 34369-6-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-08149-5, Richard M. Ishikawa, J., entered February 28, 1994. *Affirmed* by unpublished per curiam opinion.